UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: 12-9406 |
|---|---|---|
| V. | : | CRIMINAL ACTION |
| DAVID Slover | : | ORDER OF RELEASE |

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

(1) Reporting, as directed, to U.S. Pretrial Services;

(2) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

(3) The defendant shall appear at all future court proceedings;

(4) Other: _Next court date 2/7/12_

_____   _____
DEFENDANT                          DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
ANTHONY R. MAUTONE
U.S. MAGISTRATE JUDGE

12/6/12
DATE